IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LESTER TUPPER and RHONDA TUPPER,** ) | |
| ) | **CASE NO.  15-481-SMY-PMF** |
| *Plaintiffs,* ) | |
| ) | **CJRA TRACK:  C** |
| **vs.** ) | |
| ) | **JURY TRIAL:** |
| **HOWMEDICA OSTEONICS CORP.,** ) | May 15, 2017, 9:00 a.m. |
| ) | **FINAL PRETRIAL CONFERENCE:** |
| *Defendant.* ) | April 26, 2017, 10:30 a.m. |

**SCHEDULING AND DISCOVERY ORDER**

**FRAZIER, Magistrate Judge:**

Having reviewed the Joint Report of the Parties and finding that the parties have complied with the requirements of FED. R. CIV. P. 26(f) and SDIL-LR 16.2(a), the Court hereby approves and enters same in lieu of the initial pretrial scheduling and discovery conference.

The Scheduling and Discovery Conference set for **March 24, 2016, at 9:00 a.m. is CANCELED.**

A Status and Scheduling Conference **is SET** via telephone for **November 1, 2016, at 9:00 a.m.**  The parties should call the Court's conference line, 618-439-7731, to join the call. The purpose of the call will be to discuss the timing for a settlement conference.

Depositions upon oral examination, interrogatories, requests for documents, and answers and responses thereto shall not be filed unless on order of the Court.  Disclosures or discovery under FED. R. CIV. P. 26(a) are to be filed with the Court only to the extent required by the final pretrial order, other Court order, or if a dispute arises over the disclosure or discovery and the matter has been set for briefing.

The parties should note that they may, pursuant to FED. R. CIV. P. 29, modify discovery dates set in the Joint Report by written stipulation, except that they may *not* modify a date if such

modification would impact the deadline for the completion of all discovery, the deadline for filing dispositive motions, or the date of any court appearance.

Jury Trial is set for **May 15, 2017, at 9:00 a.m**. before the Hon. Staci M. Yandle, District Judge, at the U.S. Courthouse, 301 West Main Street, Benton, Illinois.  The Final Pretrial Conference is set for **April 26, 2017, at 10:30 a.m**. also before Judge Yandle in Benton.

**IT IS SO ORDERED.**

**DATED:**  March 21, 2016.

s/ *Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**